## PHONOMETRICS, INC., Plaintiff–Appellant,

v.

## IIT SHERATON CORP., Defendant–Appellee.

No. 02–1208.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2002.

Before PAULINE NEWMAN, LOURIE, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED*. *See* Fed. Cir. R. 36